UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

---

| | |
|---|---|
| Foster Alderman, as Guardian Ad Litem for O.S.A., a minor child,<br>        Plaintiff,<br><br>vs.<br><br>Evolution Power Sports, LLC,<br><br>        Defendant. | 1:22-cv-01005-CBK<br><br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Evolution Power Sports ("Defendant") submits the following information regarding its corporate affiliations: Plaintiff's employer and appropriate Defendant in this matter is Evolution Power Sports, a South Dakota limited liability company with its headquarters in Watertown, South Dakota.

Dated this 23rd day of May 2022.

                                                                      /s/    *Laura K. Hensley*
                                                                     Laura K. Hensley
                                                                     BOYCE LAW FIRM, L.L.P.
                                                                     300 South Main Avenue
                                                                     P.O. Box 5015
                                                                     Sioux Falls, SD 57117-5015
                                                                     (605) 336-2424
                                                                     lkhensley@boycelaw.com
                                                                     Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Laura K. Hensley, hereby certify that I am a member of the Boyce Law Firm, L.L.P., and that on the 23rd day of May 2022, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Stephanie E. Pochop
Stephanie@rosebudlawyers.com

Gavin Pochop
Gavin@rosebudlawyers.com

                                                /s/     *Laura K. Hensley*
                                                Laura K. Hensley